UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――――
J.D.C.,

                Plaintiff,        22-cv-3530 (JGK)

    - against -                ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                Defendant.
―――――――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 10, 2022.


SO ORDERED.
Dated:    New York, New York
          August 23, 2022

                                    /s/ John G. Koeltl
                                        John G. Koeltl
                            United States District Judge