```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

J.D.C. ET AL.,

                  Plaintiff,

            22-cv-3530 (JGK)

    - against –

            ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                  Defendant.

―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The conference scheduled for **September 8, 2022** at **12:00 p.m.** is **canceled**.

SO ORDERED.

Dated:    New York, New York
            September 2, 2022

                                    /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge