UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

J.D.C., ET AL.,

                Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.

---

22-cv-3530 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to submit a Rule 26(f) report is extended to November 17, 2022.

SO ORDERED.

Dated:    New York, New York
            November 3, 2022

                                          John G. Koeltl
                                        United States District Judge