```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————————

J.D.C.,                                      22-cv-3530 (JGK)

                Plaintiff,                   ORDER

     - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
———————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a telephone conference on **Monday, January 29, 2024,** at **3:30 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **December 15, 2023**

                                        /s/ John G. Koeltl
                                    _____
                                         **John G. Koeltl**
                                    **United States District Judge**